# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| EB 1EMIALA LLC, | ) | Case No. 24-10498 |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| EBURY STREET CAPITAL, LLC, | ) | Case No. 24-10499 |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| EB 2EMIALA, LLC, | ) | Case No. 24-10500 |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| EBURY FUND 1, LP, | ) | Case No. 24-10501 |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| EBURY FUND 2, LP, | ) | Case No. 24-10502 |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| RED CLOVER 1, LLC, | ) | Case No. 24-10503 |
|         Debtor. | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| EBURY RE, LLC, | ) | Case No. 24-10505 |
|         Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **EBURY 1 EMI, LLC,** | ) | **Case No. 24-10506** |
|        **Debtor.** | ) | |
| | ) | |
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **EBURY 2EMI, LLC,** | ) | **Case No. 24-10507** |
|        **Debtor.** | ) | |
| | ) | |
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **EB 2EMIMD, LLC,** | ) | **Case No. 24-10508** |
|        **Debtor.** | ) | |
| | ) | |
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **EB 1EMINJ, LLC,** | ) | **Case No. 24-10509** |
|        **Debtor.** | ) | |
| | ) | |
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **EB 1 EMINY, LLC,** | ) | **Case No. 24-10510** |
|        **Debtor.** | ) | |
| | ) | |
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **EB 2EMINY, LLC,** | ) | **Case No. 24-10511** |
|        **Debtor.** | ) | |
| | ) | |
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **Ebury Fund 1 NJ, LLC,** | ) | **Case No. 24-10512** |
|        **Debtor.** | ) | |
| | ) | |
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **RE 1EMI, LLC,** | ) | **Case No. 24-10513** |
|        **Debtor.** | ) | |

| | ) | |
|---|---|---|
| IN RE : | ) | Chapter 11 |
| | ) | |
| **RE 2EMI, LLC,** | ) | Case No. 24-10514 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| IN RE : | ) | Chapter 11 |
| | ) | |
| **Greater Flamingo, LLC,** | ) | Case No. 24-10515 |
| Debtor. | ) | |
| | ) | |

**EXPEDITED MOTION OF DEBTORS PURSUANT TO
FED. R. BANKR. P. 1015(b) FOR ENTRY OF ORDER
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Ebury Street Capital, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") respectfully represent the following in support of this motion (the "Motion"):

**BACKGROUND**

1. The Debtors are a series of related and affiliated companies that primarily operate in the real estate business.

2. Ebury Street Capital, LLC is a holding company and ultimate parent of all the Debtor entities.

3. The Debtors have filed these chapter 11 cases in order to reorganize and streamline operations, prepare for a sale of assets, resolve multiple litigation matters and resolve the validity of pending claims.

4. The Debtors anticipate that they will engage professionals and accelerate their prior marketing efforts to sell assets as part of a § 363 sale.

3

5. The Debtors expect that the resulting proceeds will be able to pay all administrative claims, secured and priority claims, as well as obtain a dividend for unsecured creditors.

6. On May 13th 2024 (the "Petition Date"), each Debtor commenced with this Court a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code. No trustee, examiner, or statutory committee of creditors has been appointed in these chapter 11 cases.

## JURISDICTION AND VENUE

7. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

8. Pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtors respectfully request entry of an order directing joint administration of these chapter 11 cases for procedural purposes only. In addition, the Debtors respectfully request that the Court maintain one file and one docket for all of the jointly administered cases under the case number assigned to the Debtors, and that these chapter 11 cases be jointly administered under the following caption:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE : ) | | Chapter 11 |
| ) | | |
| **EBURY STREET CAPITAL, LLC,** *et al.*, ) | | Case No.  24-10499 |
| ) | | |
| Debtors.[1] ) | | (Jointly Administered) |
| ) | | |

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: EB 1EMIALA (4788), Ebury Street Capital, LLC (7623), EB 2EMIALA, LLC (5175) Ebury Fund 1, LP (1403), Ebury Fund 2 (2178), LP, Red Clover 1, LLC (9780), Ebury RE, LLC (1397), Ebury 1EMI, LLC (4369), Ebury 2EMI, LLC (6849), EB 2EMIMD, LLC (2225), EB 1EMINJ, LLC (2006), EB 1 EMINY, LLC (4213), EB 2EMINY, LLC (3150), Ebury Fund 1 NJ, LLC (5126), RE 1EMI, LLC (2345), RE 2EMI, LLC (7945), Greater Flamingo, LLC (2030).

9.  The Debtors further request the Court's direction that a notation substantially similar to the following language be entered on the docket maintained by the Clerk of the Court to reflect the joint administration of the Debtors' chapter 11 cases:

> An Order has been entered in accordance with Rule 1015(b) of the Bankruptcy Rules directing the procedural consolidation and joint administration EB 1EMIALA, Ebury Street Capital, LLC, EB 2EMIALA, LLC, Ebury Fund 1, LP, Ebury Fund 2, LP, Red Clover 1, LLC, Ebury RE, LLC, Ebury 1EMI, LLC, Ebury 2EMI, LLC, EB 2EMIMD, LLC, EB 1EMINJ, LLC, EB 1 EMINY, LLC, EB 2EMINY, LLC, Ebury Fund 1 NJ, LLC, RE 1EMI, LLC, RE 2EMI, LLC, Greater Flamingo, LLC.  The docket in Case No. 24-10499 should be consulted for all matter affecting this case.

10.  Finally, Debtors seek authority to file their required monthly operating reports on a consolidated basis.

11.  The Debtors reserve all rights to file a subsequent motion seeking authority to jointly administer their cases with additional cases if the circumstances warrant.

12.  A proposed order granting the relief requested herein is attached hereto as "**Exhibit A**" (the "proposed Order").

## THE REQUESTED RELIEF SHOULD BE GRANTED

13. On the date hereof, the Debtors commenced the above-captioned chapter 11 cases by filing the appropriate petitions with this Court. There are thirteen (13) Debtors, controlled by the same managing member in these chapter 11 cases. Joint administration will allow for the efficient and convenient administration of the Debtor's interrelated chapter 11 cases, will yield significant cost savings, and will not prejudice the substantive rights of any party in interest.

14. Bankruptcy Rule 1015(b) provides, in relevant part, that if "two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). The Debtors in these chapter 11 cases are "affiliates" as that term is defined in § 101(2) of the Bankruptcy Code. Thus, this Court possesses the authority to grant the relief requested and Order the procedural consolidation of these chapter 11 cases for joint administration.

15. Joint administration will save the Debtors and their estates substantial time and expense by removing the need to prepare, replicate, file, and serve duplicative notices, applications, and orders in each of the Debtors' cases. Joint administration will also relieve the Court of entering duplicative orders and maintaining duplicative files and dockets. The Bankruptcy Administrator for the Middle District of Alabama and other parties in interest will similarly benefit from joint administration of these cases, sparing them the time and effort of reviewing duplicative pleadings and papers.

16. Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion only requests administrative—not substantive—consolidation of the Debtors' estates. For example, any creditor may still file a claim against a particular Debtor

6

or its estate (or against multiple Debtors and their respective estates) and intercompany claims among the Debtors will not be affected.

## **NOTICE**

17. Notice of this Motion has been provided to (1) the Office of the Bankruptcy Administrator for the United States Bankruptcy Court for the Middle District of Alabama, Southern Division; (2) the holders of the twenty (20) largest unsecured claims against the Debtors (on a consolidated basis); (3) the District Director of the Internal Revenue Service for the Middle District of Alabama; and (4) creditors of record (the "Notice Parties"). Debtors submit that, in view of the facts and circumstances, such notice is sufficient and no other further notice need be provided.

18. No previous request for the relief requested herein has been made in this bankruptcy case to this or any other court.

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief sought herein and such other and further relief as the Court may deem just and appropriate.

Dated this 13th day of May, 2024.

Respectfully submitted,

/s/ *R. Scott Williams*
R. Scott Williams
Frederick D. Clarke
Proposed Attorneys for Debtors

7

Case 24-10505    Doc 3    Filed 05/13/24    Entered 05/13/24 18:13:48    Desc Main
Document    Page 7 of 14

**Of Counsel:**
**RUMBERGER, KIRK & CALDWELL, P.C.**
Renasant Place
Suite 1300
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 327-5550
Facsimile: (205) 326-6786
swilliams@rumberger.com
fclarke@rumberger.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this 13th day of May, 2024, the foregoing was served by depositing same in the united States Mail, first class, postage prepaid on the Notice Parties as indicated on the list attached hereto.

                                            /s/ *R. Scott Williams*
                                            Of Counsel

# EXHIBIT A

# (Proposed Order)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **EB 1EMIALA LLC,** | ) | **Case No. 24-10498** |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **EBURY STREET CAPITAL, LLC,** | ) | **Case No. 24-10499** |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **EB 2EMIALA, LLC,** | ) | **Case No. 24-10500** |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **EBURY FUND 1, LP,** | ) | **Case No. 24-10501** |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **EBURY FUND 2, LP,** | ) | **Case No. 24-10502** |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **RED CLOVER 1, LLC,** | ) | **Case No. 24-10503** |
| Debtor. | ) | |
| | ) | |
| IN RE : | ) | **Chapter 11** |
| | ) | |
| **EBURY RE, LLC,** | ) | **Case No. 24-10505** |
| Debtor. | ) | |
| | ) | |

| | | |
|---|---|---|
| **IN RE :** ) | **Chapter 11** | |
| ) | | |
| **EBURY 1 EMI, LLC,** ) | **Case No. 24-10506** | |
| Debtor. ) | | |
| ) | | |
| **IN RE :** ) | **Chapter 11** | |
| ) | | |
| **EBURY 2EMI, LLC,** ) | **Case No. 24-10507** | |
| Debtor. ) | | |
| ) | | |
| **IN RE :** ) | **Chapter 11** | |
| ) | | |
| **EB 2EMIMD, LLC,** ) | **Case No. 24-10508** | |
| Debtor. ) | | |
| ) | | |
| **IN RE :** ) | **Chapter 11** | |
| ) | | |
| **EB 1EMINJ, LLC,** ) | **Case No. 24-10509** | |
| Debtor. ) | | |
| ) | | |
| **IN RE :** ) | **Chapter 11** | |
| ) | | |
| **EB 1 EMINY, LLC,** ) | **Case No. 24-10510** | |
| Debtor. ) | | |
| ) | | |
| **IN RE :** ) | **Chapter 11** | |
| ) | | |
| **EB 2EMINY, LLC,** ) | **Case No. 24-10511** | |
| Debtor. ) | | |
| ) | | |
| **IN RE :** ) | **Chapter 11** | |
| ) | | |
| **Ebury Fund 1 NJ, LLC,** ) | **Case No. 24-10512** | |
| Debtor. ) | | |
| ) | | |
| **IN RE :** ) | **Chapter 11** | |
| ) | | |
| **RE 1EMI, LLC,** ) | **Case No. 24-10513** | |
| Debtor. ) | | |

|                          )    |              |
|---|---|
| IN RE :                  )    | Chapter 11   |
|                          )    |              |
| **RE 2EMI, LLC,**        )    | Case No. 24-10514 |
|              Debtor.     )    |              |
|                          )    |              |
|                          )    |              |
| IN RE :                  )    | Chapter 11   |
|                          )    |              |
| **Greater Flamingo, LLC,** )  | Case No. 24-10515 |
|              Debtor.     )    |              |
|                          )    |              |

**ORDER PURSUANT TO FED. R. BANKR. P. 1015(b)
DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the motion (the "Motion"),[1] dated May 13th, 2024, of Ebury Street Capital, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), pursuant to Rule 1015(b) of the Federal Bankruptcy Rules, for entry of an order directing the joint administration of the Debtors' related chapter 11 cases for procedural purposes only, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the General Order of Reference; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided to the Notice Parties; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other further notice need be provided; and the Court having reviewed the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing; and the Court having determined that

---

[1] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interest of the Debtors, their estates, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted as set forth herein; and it is further

ORDERED that the Debtors' chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by the Court; and it is further

ORDERED that nothing contained in this ORDER shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the Debtors' chapter 11 cases; and it is further

ORDERED that the caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE :** | ) | **Chapter 11** |
| | ) | |
| **EBURY STREET CAPITAL, LLC**, *et al.*, | ) | **Case No. 24-010499** |
| | ) | |
| Debtors.[1] | ) | **(Jointly Administered)** |
| | ) | |

[1]The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's tax identification number, if any, are: EB 1EMIALA (4788), Ebury Street Capital, LLC (7623), EB 2EMIALA, LLC (5175) Ebury Fund 1, LP (1403), Ebury Fund 2 (2178), LP, Red Clover 1, LLC (9780), Ebury RE, LLC (1397), Ebury 1EMI, LLC (4369), Ebury 2EMI, LLC (6849), EB 2EMIMD, LLC (2225), EB 1EMINJ, LLC (2006), EB 1 EMINY, LLC (4213), EB 2EMINY, LLC (3150), Ebury Fund 1 NJ, LLC (5126), RE 1EMI, LLC (2345), RE 2EMI, LLC (7945), Greater Flamingo, LLC (2030).

and it is further

ORDERED that a docket entry shall be made in the chapter 11 cases of EB 1EMIALA, Ebury Street Capital, LLC, EB 2EMIALA, LLC, Ebury Fund 1, LP, Ebury Fund 2, LP, Red Clover

1, LLC, Ebury RE, LLC, Ebury 1EMI, LLC, Ebury 2EMI, LLC, EB 2EMIMD, LLC, EB 1EMINJ, LLC, EB 1 EMINY, LLC, EB 2EMINY, LLC, Ebury Fund 1 NJ, LLC, RE 1EMI, LLC, RE 2EMI, LLC, Greater Flamingo, LLC substantially as follows:

> An Order has been entered in accordance with Rule 1015(b) of the Bankrupcty Rules directing the procedural consolidation and joint administration of EB 1EMIALA, Ebury Street Capital, LLC, EB 2EMIALA, LLC, Ebury Fund 1, LP, Ebury Fund 2, LP, Red Clover 1, LLC, Ebury RE, LLC, Ebury 1EMI, LLC, Ebury 2EMI, LLC, EB 2EMIMD, LLC, EB 1EMINJ, LLC, EB 1 EMINY, LLC, EB 2EMINY, LLC, Ebury Fund 1 NJ, LLC, RE 1EMI, LLC, RE 2EMI, LLC, Greater Flamingo, LLC. The docket in Case No. 24-10499 should be consulted for all matter affecting this case.

and it is further

ORDERED that the Debtors may file their monthly operating reports, as required by the Bankruptcy Administrator for the Middle District of Alabama, by consolidating the information required for each Debtor in one report; and it is further

ORDERED that the Debtors are authorized to take all action necessary to the relief granted in this Order; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2024

_____
UNITED STATES BANKRUPTCY JUDGE

14
19170881.v1
Case 24-10505    Doc 3    Filed 05/13/24    Entered 05/13/24 18:13:48    Desc Main
Document      Page 14 of 14